Action by Harry Scherl against Herman L. Flam, as a City Marshal of the City of New York.

PER CURIAM. Motion to dismiss appeal denied, without costs, on condition that the appellant perfect the appeal within five days, and pay the respondent $10 costs, case to be placed at the foot of the November calendar; otherwise, motion granted, with costs. See, also, 133 App. Div. 274, 117 N. Y. Supp. 654.

SCHULTZ, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Mary A. Schultz against the United States Fidelity & Guaranty Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. Settle order before JENKS, J. See, also, 118 N. Y. Supp. 977.

SCHUSS, Appellant, v. BRUGGEMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Albert G. Schuss against Magdalena D. Bruggeman. E. A. Scott, for appellant. C. S. Petrasch, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHWARTZSCHILD & SULZBERGER, Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Schwartzschild & Sulzberger against the Empire State Surety Company. B. Reass, for appellant. A. Pfeiffer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 App. Div. 644, 112 N. Y. Supp. 1036.

SEAMAN et al., Appellants, v. McLAURY et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Emma Seaman and others against Edward R. McLaury, as executor, etc., and others. No opinion. Motion to resettle order denied, with costs. See, also, 118 N. Y. Supp. 1141.

SEAWARD, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by George W. Seaward, as administrator, etc., against Buell G. Davis, as executor of Mary E. King, deceased. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified. See, also, 133 App. Div. 191, 117 N. Y. Supp. 468.

SEELIG et al., Respondents, v. CONSOLIDATED VETERINARY SERVICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Aaron Seelig and Wolf Delson, co-partners, etc., against the Consolidated Veteri-

nary Service Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

SELDEN, Appellant, v. WALLACE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Grover Selden against Joseph Wallace. No opinion. Judgment affirmed, with costs.

SHARP, Appellant, v. M. McCORMACK CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Maud Sharp, as administratrix, against the M. McCormack Construction Company and another. I. H. Harris, for appellant. F. V. Johnson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SHATRAU, Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Alfred Shatrau against John J. Sullivan.

PER CURIAM. Judgment and order affirmed, with costs.

SEWALL, J., dissents.

SHIPMAN, Respondent, v. TREADWELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Leonard H. Shipman, as receiver of the F. Gray Company, against George C. Treadwell and another. No opinion. Interlocutory judgment affirmed, with costs, on authority of Howarth v. Angle, 162 N. Y. 179, 56 N. E. 489, 47 L. R. A. 725.

SIEGEL v. GREENBERG. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Appeal from Municipal Court, Borough of Brooklyn, Seventh District. Action by Edward S. Siegel against Benjamin B. Greenberg. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered. Meyer D. Siegel, for appellant. Isidore Solomon, for respondent.

JENKS, J. We think that the Municipal Court erred in dismissing the complaint for the reason that the evidence was sufficient to show that the defendant held over as a tenant, and was sufficiently strong to require the court to pass upon the question whether the defendant was not liable for the condition of the premises beyond the ordinary wear and tear incident to a proper occupation thereof by the tenant, under the rule recognized in Baker v. Hart, 123 N. Y. at 473, 25 N. E. 948, 12 L. R. A. 60, and Regan v. Luthy, 11 N. Y. Supp. 709. Judgment reversed, and a new trial ordered; costs to abide the event. All concur.

In re SILENT WRITING MACH. CO. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) In the mat-